IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

WAYNE THOMAS JOHNSON,
        Plaintiff,
    v.                                    **Judgment in a Civil Case**
CARLTON JOYNER; OFFICER HENRY;
OFFICER TALLY; OFFICER BROWN;
OFFICER MEDLIN,
        Defendants.                   Case Number: 5:12-CT-3022-FL

**Decision by Court.**

This action came before the Honorable Louise Wood Flanagan, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on August 22, 2012, with service on:
Wayne Thomas Johnson 0213350, Harnett Correctional Center, P.O. Box 1569, Lillington, NC 27546 (via U.S. Mail)

August 22, 2012                                                /s/ Julie A. Richards
                                                                      Clerk